# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GLASNER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV 16-09371 AFM<br><br>**JUDGMENT** |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Order.

DATED: January 11, 2018

　　　　　　　　　　　　　　　　　　/s/ Alex MacKinnon
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALEXANDER F. MacKINNON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE