ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Richard Glasner

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RICHARD GLASNER, | ) CASE NO. CV 16-09371-AFM |
| Plaintiff, | ) [PROPOSED] ORDER |
| v. | ) AWARDING ATTORNEY'S |
| | ) FEES PURSUANT |
| | ) TO THE EQUAL ACCESS TO |
| | ) JUSTICE ACT |
| NANCY A, BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of Fees under the Equal Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SIX-THOUSAND SIX-HUNDRED FORTY-TWO DOLLARS and 46 CENTS ($6,642.46), as authorized by 28 U.S.C. § 2412(d), pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: 3/21/2018

_____
ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE